# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN BRIAN WILLIAMS, *et al.*,<br><br>    Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>**ORDER** |

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.

    On November 17, 2015, the Court appointed the Office of the Federal Public Defender to represent petitioner in this habeas action. (ECF No. 3). The Federal Public Defender has identified a conflict of interest with the petitioner, and has indicated to the Court its inability to represent petitioner. (ECF No. 4). The Court's Criminal Justice Act (CJA) Coordinator has located alternate counsel to represent petitioner in this action: Angela Dows, Esq., 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128. Ms. Dows is a Criminal Justice Act panel attorney for the United States District Court, District of Nevada. Ms. Dows shall represent petitioner in all future proceedings in this court relating to this matter (including subsequent actions) and appeals therefrom, pursuant to 18 U.S.C. § 3006A(2)(B), until allowed to withdraw. The Court now sets a schedule for further proceedings in this action.

**IT IS THEREFORE ORDERED** that the Office of the Federal Public Defender is **HEREBY RELEASED** as counsel for petitioner.

**IT IS FURTHER ORDERED** that Angela Dows, Esq., is **HEREBY APPOINTED** to represent the petitioner in this action. Ms. Dows shall have **thirty (30) days** from the date of entry of this order to **FILE AND SERVE** on respondents a notice of appearance indicating her representation of petitioner.

**IT IS FURTHER ORDERED** that the Clerk of Court **SHALL ELECTRONICALLY SERVE** Ms. Dows with a copy of this order, together with a copy of the petition for writ of habeas corpus and its attachments (ECF No. 1-1).

**IT IS FURTHER ORDERED** that counsel for petitioner shall meet with petitioner as soon as reasonably possible to: (a) review the procedures applicable in cases under 28 U.S.C. § 2254; (b) discuss and explore with petitioner, as fully as possible, the potential grounds for habeas corpus relief in petitioner's case; and (c) advise petitioner that all possible grounds for habeas corpus relief must be raised at this time in this action and that the failure to do so will likely result in any omitted grounds being barred from future review.

**IT IS FURTHER ORDERED** that petitioner shall have **ninety (90) days** from the date of entry of this order, to **FILE AND SERVE** on respondents an amended petition for writ of habeas corpus, which shall include all known grounds for relief (both exhausted and unexhausted).

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** after service of an amended petition within which to answer, or otherwise respond to, the amended petition. If petitioner does not file an amended petition, respondents shall have **forty-five (45)** days from the date on which the amended petition is due within which to answer, or otherwise respond to, petitioner's original petition.

**IT IS FURTHER ORDERED** that if and when respondents file an answer, petitioner shall have **forty-five (45) days** after service of the answer to file and serve a reply.

**IT IS FURTHER ORDERED** that all exhibits filed by the parties herein shall be filed with an index of exhibits identifying the exhibits by number. Exhibits filed in the CM/ECF system must correspond to the numbered exhibits identified in the index of exhibits.

1   **IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of all
2   exhibits to the **Reno** Division of this Court.  Courtesy copies shall be mailed to the Clerk of Court,
3   400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the
4   outside of the mailing address label.
5       **IT IS FURTHER ORDERED** that petitioner shall file no further *pro se* documents and
6   shall proceed by and through appointed counsel.
7       **IT IS FURTHER ORDERED** that the Clerk of Court **SHALL SEND** a copy of this order
8   to the CJA Coordinator.

Dated this   23   day of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

-3-