# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PORFIRIO DUARTE-HERRERA,

    Petitioner,

vs.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-01843-GMN-CWH

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed a motion for a 60-day extension of time in which to file a first amended petition for a writ of habeas corpus. (ECF No. 8). Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file the first amended petition (ECF No. 8) is **GRANTED.** The first amended petition shall be filed within **sixty (60) days** from the date of entry of this order.

    Dated this __10__ day of February, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court