# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PORFIRIO DUARTE-HERRERA,

    Petitioner,

vs.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-01843-GMN-CWH

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file a response to the amended petition for a writ of habeas corpus. (ECF No. 12). Respondents seek a 45-day enlargement of time, up to and including May 26, 2016, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the amended petition (ECF No. 12) is **GRANTED.** The response shall be filed on or before **May 26, 2016.**

Dated this __20__ day of April, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court