# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PORFIRIO DUARTE-HERRERA,

    Petitioner,

vs.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:15-cv-01843-GMN-CWH

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file a response to petitioner's motion for a stay and abeyance. (ECF No. 14). Respondents seek an extension up to and including April 29, 2016, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response petitioner's motion for a stay and abeyance (ECF No. 14) is **GRANTED.** The response shall be filed on or before **April 29, 2016.**

    Dated this   25   day of April, 2016.

                                              Gloria M. Navarro, Chief Judge
                                              United States District Court