UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>ORDER |

Respondents' second unopposed motion for enlargement of time (ECF No. 71) is GRANTED. Respondents shall have up to and including April 30, 2018, within which to file a response to the petitioner's second amended petition (ECF No. 64).

IT IS SO ORDERED.

DATED THIS 30 day of March 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1