UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PORFIRIO DUARTE-HERRERA,

Petitioner,

v.

BRIAN WILLIAMS, et al.,

Respondents.

Case No. 2:15-cv-01843-GMN-CWH

ORDER

Respondents' third unopposed motion for enlargement of time (ECF No. 73) is GRANTED. Respondents shall have to and including May 14, 2018, within which to file a response to the petitioner's second amended petition (ECF No. 64).

IT IS SO ORDERED.

DATED THIS  1  day of  May  2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1