UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>ORDER |

Petitioner's unopposed motion for an extension of time (ECF No. 79) is GRANTED. Petitioner shall have to and including July 27, 2018, within which to file an opposition to the respondents' motion to dismiss.

IT IS SO ORDERED.

DATED THIS 25 day of May 2018.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1