UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

PORFIRIO DUARTE-HERRERA,

                    Petitioner,

   v.

BRIAN WILLIAMS, *et al.*,

                 Respondents.

Case No. 2:15-cv-01843-GMN-CWH

**ORDER**

Good cause appearing, Respondents' Motion for Enlargement of Time (ECF No. 86) is GRANTED. Respondents will have until September 19, 2019, to answer the remaining claims of the Second Amended Petition for Writ of Habeas Corpus (ECF No. 64).

IT IS SO ORDERED.

DATED this __3__ day of August, 2019.

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE