UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>  Petitioner,<br>v.<br>BRIAN WILLIAMS, *et al.*,<br><br>  Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>**ORDER** |

Good cause appearing, Respondents' second unopposed Motion for Enlargement of Time (ECF No. 89) is GRANTED. Respondents have until October 21, 2019, to answer the remaining claims of the Second Amended Petition for Writ of Habeas Corpus (ECF No. 64).

IT IS SO ORDERED.

DATED this _23_ day of September, 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE