# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>**ORDER** |

Good cause appearing, Respondents' third unopposed Motion for Enlargement of Time (ECF No. 91) is GRANTED. Respondents have until October 25, 2019, to answer the remaining claims of the Second Amended Petition for Writ of Habeas Corpus (ECF No. 64).

IT IS SO ORDERED.

DATED this __23__ day of October 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE