UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>**ORDER** |

Good cause appearing, Respondents' fourth Motion for Enlargement of Time (ECF No. 93) is GRANTED. Respondents have until October 28, 2019, to answer the remaining claims of the Second Amended Petition for Writ of Habeas Corpus (ECF No. 64).

Given the age of this case, counsel for both parties are directed to prioritize the briefing in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence**.

IT IS SO ORDERED.

DATED this __29__ day of October 2019.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE