# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PORFIRIO DUARTE-HERRERA,<br><br>                  Petitioner,<br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>                  Respondents. | Case No. 2:15-cv-01843-GMN-CWH<br><br>**ORDER** |

Good cause appearing, Petitioner's first unopposed Motion for Extension of Time (ECF No. 96) is GRANTED. Petitioner has until January 13, 2020, to file a reply in support of the Second Amended Petition for Writ of Habeas Corpus (ECF No. 64).

Given the age of this case, the Court reiterates that the briefing in this case should be prioritized over later-filed matters. *See* Order (ECF No. 95). **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence**.

IT IS SO ORDERED.

DATED this __2__ day of December 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE